# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 2, 2013

### NO. 03-12-00005-CV

**LeAnn Randall, Appellant**

**v.**

**Goodall & Davison, P.C. and J. Mark Avery, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD**
**AFFIRMED IN PART; REVERSED AND REMANDED IN PART --**
**OPINION BY JUSTICE PEMBERTON**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's summary judgment **EXCEPT** for the portion of the trial court's summary judgment regarding LeAnn Randall's negligence claims—i.e., her claims predicated on J. Mark Avery's alleged negligence in purportedly causing her to sign away her community interests in the $1.75 million life insurance policy and the two $26,400 cash payments: **IT IS THEREFORE** considered, adjudged and ordered that the portion of the trial court's summary judgment regarding LeAnn Randall's negligence claims are reversed, and the cause is remanded to the trial court for further proceedings. However, we affirm the remainder of the trial court's summary judgment. It is **FURTHER** ordered that each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below; and that this decision be certified below for observance.